27099, 27109.   Higgins *v.* The State.

Guerry, J.   These cases are controlled by the decision in *Higgins* v. *State*, 58 *Ga. App.* 480 (199 S. E. 158).
> *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
> Decided October 10, 1938.